IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

_____
                                      )
LISA ANN BARRIGAN,                    )
                                      )
          Plaintiff,                  )
                                      )
v.                                    )
                                      ) Civil Action No. 06-055
COMPUTER SCIENCE CORPORATION,         )
t/a CSC, et al.,                      )
                                      )
          Defendants.                 )
_____)

**ORDER**

This matter comes before the Court on Defendants' Motion to Dismiss and Motion to Strike Plaintiff's Demands for Compensatory and Punitive Damages. Plaintiff failed to plead a cause of action under the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. §§ 1001-1461 (2000). A plaintiff may not allege a cause of action under state law in an ERISA case. Salomon v. Transamerica Occidental Life Ins. Co., 801 F.2d 659, 660-61 (4th Cir. 1986); Powell v. Chesapeake and Potomac Tel. Co., 780 F.2d 419, 421-23 (4th Cir. 1985). In this matter, Plaintiff pled only state causes of action in her Complaint. It is hereby

ORDERED that Defendants' Motion to Dismiss is GRANTED, this case is DISMISSED, and Plaintiff has fourteen days to file an amended complaint. Defendants' Motion to Strike Plaintiff's

Demands for Compensatory and Punitive Damages is rendered moot.

                                                              /s/
                                   _____
                                   CLAUDE M. HILTON
                                   UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
February 22, 2006